# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3167

_____

Judith Lamb,        *
       *
            Appellant,        *
       *    Appeal from the United States
         v.        *    District Court for the Eastern
       *    District of Arkansas.
Kenneth S. Apfel, Commissioner,        *
Social Security Administration,        *      [UNPUBLISHED]
       *
            Appellee.        *

_____

Submitted: April 6, 2000

Filed: April 21, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Judith Lamb appeals the district court's grant of summary judgment upholding the Commissioner's decision to deny Lamb disability insurance and supplemental security income benefits. After careful review of the administrative record and the parties' briefs, we conclude no error of law or fact appears and an opinion would lack precedential value. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.